UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 15cr10295 |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| LAWRENCE PLUMER | : | 18 U.S.C. § 1001 - False Statements |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Making a False Statement - 18 U.S.C. § 1001)

On or about July 10, 2015, in the District of Massachusetts and elsewhere, defendant

**LAWRENCE PLUMER,**

in a matter within the jurisdiction of the executive branch of the Government of the United States, specifically, the Federal Bureau of Investigation, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations, regarding an ongoing public corruption investigation.

All in violation of Title 18, United States Code, Section 1001(a)(2).

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: _____
Robert A. Fisher
Assistant U.S. Attorney

Date: September 25, 2015

1